# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Maria DLA Cabreja-Castro
       Debtor(s)

BKY. NO. 14-04110 MDF

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8988

Respectfully submitted,

**/s/ Thomas Puleo**
Thomas Puleo, Esquire
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406
Attorney for Movant/Applicant