```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                        Case No. 14-04110-RNO
Maria DLA Cabreja-Castro                                      Chapter 13
    Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: MMchugh          Page 1 of 1          Date Rcvd: Apr 03, 2017
                              Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.
db         +Maria DLA Cabreja-Castro,   739 W. Princess Street,   York, PA 17401-3640
           +Eldiberto D. Acosta,   739 W. Princess Drive,   York, PA 17401-3640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jason Brett Schwartz   on behalf of Creditor   Wollemi Acquisitions, LLC
               JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
              Joshua I Goldman   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence V. Young   on behalf of Debtor Maria DLA Cabreja-Castro lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
              Thomas I Puleo   on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              William E. Craig   on behalf of Creditor   Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARIA DLA CABREJA-CASTRO, | ) | |
| a/k/a MARIA D. CABREJA-CASTRO | ) | |
| a/k/a MARIA DE LOS ANGELES | ) | |
| CABREJA-CASTRO | ) | |
| Debtor | ) | CASE NO. 1:14-bk-04110-RNO |
| | ) | |
| WOLLEMI ACQUISITIONS, LLC | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARIA DLA CABREJA-CASTRO | ) | |
| a/k/a MARIA D. CABREJA-CASTRO | ) | |
| a/k/a MARIA DE LOS ANGELES | ) | |
| CABREJA-CASTRO, Debtor | ) | **LOCATION** |
| and EDILBERTO D. ACOSTA, Co-Debtor | ) | U.S. District Court |
| Respondent | ) | Middle District of Pennsylvania |
| and | ) | 228 Walnut Street |
| CHARLES J. DeHART, III | ) | Harrisburg, PA 17101 |
| Trustee | ) | |

**ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY**

Upon the motion of Wollemi Acquisitions, LLC, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated to permit the movant to pursue the movant's rights in the personal property described as a **2010 Scion XD** bearing the vehicle identification number JTKKU4B44A1003721 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: April 3, 2017