```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                          Case No. 14-04110-RNO
Maria DLA Cabreja-Castro                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: MMchugh    Page 1 of 1    Date Rcvd: Oct 27, 2017
                    Form ID: pdf010   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
db          +Maria DLA Cabreja-Castro,   739 W. Princess Street,   York, PA 17401-3640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Jason Brett Schwartz   on behalf of Creditor   Wollemi Acquisitions, LLC
           JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
          Joshua I Goldman   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lawrence V. Young   on behalf of Debtor 1 Maria DLA Cabreja-Castro lyoung@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
          Thomas I Puleo   on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor   Santander Consumer USA, Inc. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                         TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MARIA CABREJA- CASTRO

Case No. 14-bk-04110
Chapter 13

**ORDER CONVERTING
CHAPTER 13 BANKRUPTCY
TO CHAPTER 7 BANKRUPTCY**

UPON CONSIDERATION of a review of the Motion to Convert Case from one under Chapter 13 to one under Chapter 7, and it appearing that the Debtor is entitled to convert, it is hereby

ORDERED THAT the within case is converted to one under Chapter 7

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: October 27, 2017

{01377589/1}