```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                   Case No. 14-04110-RNO
Maria DLA Cabreja-Castro                                                 Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh                 Page 1 of 3                   Date Rcvd: Nov 08, 2017
                               Form ID: 309A                 Total Noticed: 79


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db             +Maria DLA Cabreja-Castro,    739 W. Princess Street,    York, PA 17401-3640
aty            +Jason Brett Schwartz,    Mester & Schwartz, P.C.,    1333 Race Street,
                 Philadelphia, PA 19107-1556
aty            +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +William E. Craig,    Morton & Craig LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3125
tr             +Steven M. Carr (Trustee),    Ream, Carr, Markey and Woloshin LLP,    119 East Market Street,
                 York, PA 17401-1221
4540826        +ALLERGY & ASTHMA CONSULTANTS,    1620 S. QUEEN ST.,    YORK, PA 17403-4637
4540827        +ALLIED INTERSTATE,    COLLECTION DIVISION,    3111 S DIXIE HWY  #101,
                 WEST PALM BEACH, FL 33405-1520
4540828         ALLIED INTERSTATE,    PO BOX 361623,    COLUMBUS, OH 43236-1623
4540829        +ALLIED INTERSTATE LLC,    7525 W CAMPUS RD,    NEW ALBANY, OH 43054-1121
4540835        +ANESTHESIA ASSOCIATES OF YORK,    110 PINE GROVE COMMONS,    YORK, PA 17403-5151
4540834        +ANESTHESIA ASSOCIATES OF YORK,    PO BOX 70240,    PHILADELPHIA, PA 19176-0240
4540836        +APPLE HILL SURGICAL ASSOCIATES,    25 MONUMENT ROAD,    SUITE 220,   YORK, PA 17403-5049
4540846       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: COLUMBIA GAS,     P.O. BOX 742510,    CINCINNATI, OH 45274)
4540844        +COLUMBIA GAS,    PO BOX 910,    SMITHFIELD, PA 15478-0910
4540848        +CREDIT BUREAU OF YORK,    33 S DUKE ST,    YORK, PA 17401-1485
4540852        +FAMILY FIRST HEALTH,    116 S. GEORGE ST. SUITE 400,    YORK, PA 17401-1443
4540853        +FINANCIAL RECOVERIES,    200 E PARK DR STE 100,    MOUNT LAUREL, NJ 08054-1297
4540854         FINANCIAL RECOVERIES,    PO BOX 1388,    MOUNT LAUREL, NJ 08054-7388
4540855        +HY CITE/ROYAL PRESTIGE,    333 HOLTZMAN RD,    MADISON, WI 53713-2109
4540822        +LAWRENCE V. YOUNG,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
4540859        +MARSHA D. BORNT, MD,    APPLE HILL GYNECOLOGY,    25 MONUMENT RD,    YORK, PA 17403-5060
4540861        +MCCABE, WEISBERG & CONWAY P.C.,    123 SOUTH BROAD STREET,    SUITE 1400,
                 PHILADELPHIA, PA 19109-1060
4632821        +MET ED,    P.O. BOX 3687,    AKRON, OH 44309-3687
4632823        +MET-ED,    331 NEWMAN SPRINGS ROAD,    BLDG. 3,    RED BANK, NJ 07701-5688
4632822       ++METROPOLITAN EDISON COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,    BUILDING 3,
                 RED BANK NJ 07701-5688
                 (address filed with court: MET-ED,     P.O. BOX 16001,    READING, PA 19612-6001)
4540824        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
4540870        +SANTANDER CONSUMER USA,    PO BOX 961288,    FT WORTH, TX 76161-0288
4540823        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4540873        +THE FERTILITY CENTER,    130 LEADERS HEIGHTS RD,    YORK, PA 17403-5121
4540874        +WELLSPAN,    YORK HOSPITAL,    P.O. BOX 15124,    YORK, PA 17405-7124
4540875        +WELLSPAN,    YORK HOSPITAL,    1001 S. GEORGE ST,    YORK, PA 17403-3645
4540876        +WELLSPAN MEDICAL GROUP,    C/O PHYSICIAN BILLING,    1803 MT. ROSE AVE., SUITE B3,
                 YORK, PA 17403-3051
4713666        +Wollemi Acquisitions, LLC by AIS Data Services, LP,     PO Box 165028,    Irving, TX 75016-5028
4713667        +Wollemi Acquisitions, LLC by AIS Data Services, LP,     PO Box 165028,    Irving, TX 75016,
                 Wollemi Acquisitions, LLC by AIS Data Se,     PO Box 165028,    Irving, TX 75016-5028
4540880        +YORK CITY SEWER & REFUSE DEPARTMENT,    50 W. KING STREET,    YORK, PA 17401-1420
4540881        +YORK COUNTY TAX CLAIM BUREAU,    28 EAST MARKET STREET,    ROOM 110,   YORK, PA 17401-1587
4540882        +YORK HOSPITAL,    P.O. BOX 6195,    READING, PA 19610-0195
4540883        +YORK HOSPITAL,    1001 SOUTH GEORGE STREET,    P.O. BOX 2507,    YORK, PA 17405-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: lyoung@cgalaw.com Nov 08 2017 18:54:06      Lawrence V. Young,    CGA Law Firm,
                 135 North George Street,    York, PA   17401
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 08 2017 18:54:15      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4540830         EDI: GMACFS.COM Nov 08 2017 18:58:00      ALLY,   P.O. BOX 380902,    BLOOMINGTON, MN 55438-0902
4540832         EDI: GMACFS.COM Nov 08 2017 18:58:00      ALLY FINANCIAL,    PO BOX 980901,
                 MINNEAPOLIS, MN 55438
4540831        +EDI: GMACFS.COM Nov 08 2017 18:58:00      ALLY FINANCIAL,    200 RENAISSANCE CTR,
                 DETROIT, MI 48243-1300
4540833        +EDI: GMACFS.COM Nov 08 2017 18:58:00      ALLY FINANCIAL,    C/O ALLY SERVICING LLC,
                 P.O. BOX 130424,    SAINT PAUL, MN 55113-0004
4540838         EDI: APPLIEDBANK.COM Nov 08 2017 18:58:00      APPLIED BANK,    4700 EXCHANGE COURT,
                 BOCA RATON, FL 33431
4540837        +EDI: APPLIEDBANK.COM Nov 08 2017 18:58:00      APPLIED BANK,    660 PLAZA DR,
                 NEWARK, DE 19702-6369
4540839        +EDI: APPLIEDBANK.COM Nov 08 2017 18:58:00      APPLIED BANK,    BANKCARD CENTER,    P.O. BOX 11170,
                 WILMINGTON, DE 19850-1170
4561762         EDI: GMACFS.COM Nov 08 2017 18:58:00      Ally Financial serviced by Ally Servicing LLC,
                 PO Box 130424,    Roseville, MN 55113-0004
4540840        +EDI: CITICORP.COM Nov 08 2017 18:58:00      CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
4540842        +EDI: CITICORP.COM Nov 08 2017 18:58:00      CITI,   PO BOX 6077,    SIOUX FALLS, SD 57117-6077
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4540841        EDI: CITICORP.COM Nov 08 2017 18:58:00      CITI,   PO BOX 183051,    COLUMBUS, OH 43218-3051
4540843       +EDI: CITICORP.COM Nov 08 2017 18:58:00      CITIBANK, N.A.* (BK DEPT),    BANKRUPTCY DEPT.,
                7920 NW 110TH STREET,   KANSAS CITY, MO 64153-1270
4540850        EDI: ESSL.COM Nov 08 2017 18:58:00      DISH NETWORK,   DEPT 0063,    PALATINE, IL 60055-0063
4540849       +EDI: ESSL.COM Nov 08 2017 18:58:00      DISH NETWORK,   9601 S MERIDIAN BLVD,
                ENGLEWOOD, CO 80112-5905
4540851       +E-mail/Text: bknotice@erccollections.com Nov 08 2017 18:54:17      ENHANCED RECOVERY CO LLC,
                8014 BAYBERRY RD,   JACKSONVILLE, FL 32256-7412
4540825        EDI: IRS.COM Nov 08 2017 18:58:00      INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OP.,
                P.O. BOX 7346,   PHILADELPHIA, PA 19101-7346
4584985        EDI: JEFFERSONCAP.COM Nov 08 2017 18:58:00      Portfolio America Asset Management Llc,
                c o Jefferson Capital Systems LLC,   Po Box 7999,    Saint Cloud Mn 56302-9617
4540856        E-mail/Text: camanagement@mtb.com Nov 08 2017 18:54:11      M & T BANK,   1 FOUNTAIN PLZ,
                BUFFALO, NY 14203
4540857        E-mail/Text: camanagement@mtb.com Nov 08 2017 18:54:11      M & T BANK,
                ATTN: BANKRUPTCY DEPARTMENT,   1100 WEHRLE DR, 2ND FLOOR,    BUFFALO, NY 14221-7748
4540858        E-mail/Text: camanagement@mtb.com Nov 08 2017 18:54:11      M & T BANK,   PO BOX 840,
                BUFFALO, NY 14240
4564063        E-mail/Text: camanagement@mtb.com Nov 08 2017 18:54:11      M & T Bank,   P.O. Box 1280,
                Buffalo, New York 14240
4540860       +EDI: WFNNB.COM Nov 08 2017 18:58:00      MAURICES,   P.O. BOX 659705,
                SAN ANTONIO, TX 78265-9705
4540863        E-mail/Text: Bankruptcies@nragroup.com Nov 08 2017 18:54:30      NATIONAL RECOVERY AGENCY,
                PO BOX 67015,   HARRISBURG, PA 17106-7015
4540862       +E-mail/Text: Bankruptcies@nragroup.com Nov 08 2017 18:54:30      NATIONAL RECOVERY AGENCY,
                2491 PAXTON ST,   HARRISBURG, PA 17111-1036
4731213       +EDI: AISACG.COM Nov 08 2017 18:58:00      NCEP, LLC,   c/o Ascension Capital Group,
                P.O. Box 165028,   Irving, TX 75016-5028
4540865       +EDI: PRA.COM Nov 08 2017 18:58:00      PORTFOLIO RECOVERY ASSOC,    DEPT. 922,   PO BOX 4115,
                CONCORD, CA 94524-4115
4540864        EDI: PRA.COM Nov 08 2017 18:58:00      PORTFOLIO RECOVERY ASSOC,    120 CORPORATE BLVD. STE 100,
                NORFOLK, VA 23502
4540866        EDI: PRA.COM Nov 08 2017 18:58:00      PORTFOLIO RECOVERY ASSOCIATES,    140 CORPORATE BLVD,
                NORFOLK, VA 23502
4540869       +EDI: DRIV.COM Nov 08 2017 18:58:00      SANTANDER CONSUMER USA,   1010 WEST MOCKINGBIRD LANE,
                DALLAS, TX 75247-5126
4540868        EDI: DRIV.COM Nov 08 2017 18:58:00      SANTANDER CONSUMER USA,   PO BOX 105255,
                ATLANTA, GA 30348-5255
4540867       +EDI: DRIV.COM Nov 08 2017 18:58:00      SANTANDER CONSUMER USA,   PO BOX 961245,
                FT WORTH, TX 76161-0244
4548161        EDI: DRIV.COM Nov 08 2017 18:58:00      Santander Consumer USA Inc.,    P. O. Box 560284,
                Dallas TX 75356-0284
4639008       +EDI: DRIV.COM Nov 08 2017 18:58:00      Santander Consumer USA, Inc.,
                P.O. Box 562088, Suite 900 North,   Dallas, TX 75356-2088
4540871        EDI: AISTMBL.COM Nov 08 2017 18:58:00      T-MOBILE,   PO BOX 742596,    CINCINNATI, OH 45274
4540872        EDI: AISTMBL.COM Nov 08 2017 18:58:00      T-MOBILE BANKRUPTCY TEAM,    PO BOX 53410,
                BELLEVUE, WA 98015
4540878       +EDI: WFNNB.COM Nov 08 2017 18:58:00      WORLD FINANCIAL NETWORK,    P.O. BOX 182125,
                COLUMBUS, OH 43218-2125
4540877        EDI: WFNNB.COM Nov 08 2017 18:58:00      WORLD FINANCIAL NETWORK,    P.O. BOX 182273,
                COLUMBUS, OH 43218-2273
4540879       +E-mail/Text: kcm@yatb.com Nov 08 2017 18:54:08      YORK ADAMS TAX BUREAU*,    PO BOX 15627,
                YORK, PA 17405-0156
                                                                                              TOTAL: 40

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wollemi Acquisitions, LLC by AIS Data Services, LP
cr*           +NCEP, LLC,   c/o Ascension Capital Group,    PO Box 165028,   Irving, TX 75016-5028
cr*           +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900 North,   Dallas, TX 75356-2088
4540845*     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: COLUMBIA GAS,    P.O. BOX 742537,   CINCINNATI, OH 45274-2537)
4540847*     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: COLUMBIA GAS OF PA,    200 CIVIC CENTER DR,   11TH FLOOR,
                COLUMBUS, OH 43215)
4580505*     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pa Inc,    PO Box 117,   Columbus OH  43216)
4552717*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   1100 WEHRLE DRIVE,    WILLIAMSVILLE NY 14221-7748
               (address filed with court: M&T Bank,   P.O. Box 840,   Buffalo, NY 14240-1840)
4540821*      +MARIA DLA CABREJA-CASTRO,   739 W. PRINCESS STREET,    YORK, PA 17401-3640
4548906*       Santander Consumer USA Inc.,    P. O. Box 560284,   Dallas TX 75356-0284
                                                                                  TOTALS: 1, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:

```
            Jason Brett Schwartz    on behalf of Creditor    Wollemi Acquisitions, LLC
             JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
            Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Lawrence V. Young    on behalf of Debtor 1 Maria DLA Cabreja-Castro lyoung@cgalaw.com,
             tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
             m;kbrayboy@cgalaw.com
            Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
            Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
            William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com,
             mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

| | | **Information to identify the case:** | |
|---|---|---|---|
| Debtor 1 | | Maria DLA Cabreja–Castro | Social Security number or ITIN xxx–xx–9536 |
| | | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | | Middle District of Pennsylvania | Date case filed in chapter 13 **September 5, 2014** |
| Case number: | | 1:14–bk–04110–RNO | Date case converted to chapter 7  **October 27, 2017** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Maria DLA Cabreja–Castro | |
| 2. | **All other names used in the last 8 years** | aka Maria D. Cabreja–Castro, aka Maria De Los Angeles Cabreja–Castro | |
| 3. | **Address** | 739 W. Princess Street<br>York, PA 17401 | |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence V. Young<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 | Contact phone 717 848–4900<br><br>Email:  lyoung@cgalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven M. Carr (Trustee)<br>Ream, Carr, Markey and Woloshin LLP<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br><br>Email:  carrtrustee@yahoo.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 | Hours open Monday – Friday 9:00 AM to 4:00 PM  Contact phone (717) 901–2800  Date: November 8, 2017 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 6, 2017 at 02:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification and proof of social security number are required *** | Location: **York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: February 4, 2018** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**